# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**DANIEL RUBIN,**

      **Petitioner,**

  V.                                                                                 **CASE NUMBER: 9:02-CV-0639 (NAM/DEP)**

**HENRY GARVIN,**

      **Respondent.**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in accordance with the Order of District Court Judge Norman A. Mordue filed on March 3, 2006.

March 6, 2006                                                                 *LAWRENCE K. BAERMAN*
_____                                          _____
DATE                                                                                 CLERK

Entered on the Docket: 3/6/2005                                   s/ April L. Hudson_____
                                                                                    (BY) DEPUTY CLERK